IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07CR235-TFM |
| | ) | (18 U.S.C. 641) |
| ALESHA R. WOODRUFF | ) | |
| | ) | |
| | ) | INFORMATION |
| | ) | |

The United States Attorney charges:

COUNT

On or about the 29th day of March, 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, ALESHA R. WOODRUFF did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

KENT BRUNSON
Assistant United States Attorney

REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786
Fax: 334-953-2787

STATE OF ALABAMA              )
                              )      **AFFIDAVIT**
COUNTY OF MONTGOMERY          )

The undersigned, being first duly sworn, deposes and says:

    I, CURTIS L. DENNIS, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On or about 29 March 2007, via closed circuit monitors, I observed JOIA FRANKS and ALESHA WOODRUFF in the Base Exchange(BX). I observed FRANKS select four bottles of perfume, one pair of pants, and one shirt. WOODRUFF selected a Coach purse, two bottles of perfume, and tow pair of pants. FRANKS and WOODRUFF entered the fitting rooms with the selected items. Upon exiting the fitting rooms, the items were not in view. They proceeded to the front of the store and exited without paying for any items. I detained them in the lobby area of the store and escorted them to the Security Office. Security Forces was called and responded. A search of FRANKS found four bottles of perfume and one shirt in her purse; value of $ 132.08. A search of WOODRUFF found a Coach purse, two bottles of perfume, and one pair of pants in her purse; value of $135.45. FRANKS and WOODRUFF were escorted to the Law Enforcement Desk for further processing.

                                                                         CURTIS L. DENNIS

Subscribed and sworn to before me this 25th day of September, 2007.

                                                        AUDREY F. GRIFFIN
                                                        Notary Public
                                                        State of Alabama

**NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS**