# CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| ALM | Beeman, Roy | 080114000001 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 2:07-000253-001 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Beeman, et al | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 841A=ND.F -- NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED** (Describe briefly)

Trial

**13. PROCEEDING TO BE TRANSCRIBED** (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

1/7/2008 Evidentiary Hearing - Motion to Suppress

**14. SPECIAL AUTHORIZATIONS** (Services Other Than Ordinary)

A. Apportioned Cost ____% of transcript with (Give case name and defendant)

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Real Time Unedited Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: [signature]   Date: 1-8-2008
Printed Name: Paul R. Cooper
Telephone Number: _____
☐ Panel Attorney  ☐ Retained Atty  ☐ Pro-Se  ☐ Legal Organization

**16. COURT ORDER**

Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 15 is hereby granted.

See Order Attached
Signature of Presiding Judicial Officer or By Order of the Court

Date of Order: 1/8/2008   Nunc Pro Tunc Date: 11/27/2007

**17. COURT REPORTER/TRANSCRIBER STATUS**
☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other

**18. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix,) AND MAILING ADDRESS

Patricia G. Starkie
125 Lamar Rd.
Hope Hull, Al. 36043
Telephone Number: 262-1221

**19. SOCIAL SECURITY NUMBER OR EMPLOYER ID OF PAYEE**
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

| 20. TRANSCRIPT | Include Page Numbers | No. of Pages | Rate Per Page | Sub-Total | Less Amount Apportioned | Total |
|---|---|---|---|---|---|---|
| Original | 1-60 | 59 | 3.65 | 215.35 | | 215.35 |
| Copy | | | | | | |
| Expenses (itemize): | | | | | | |
| | | | | | **TOTAL AMOUNT CLAIMED:** | 215.35 |

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: Patricia G. Starkie   Date: 1-8-08

**22. CERTIFICATION OF ATTORNEY OR CLERK** I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk: [signature]   Date: 1/8/2008

**23. APPROVED FOR PAYMENT**

Signature of Judicial Officer or Clerk: [signature]   Date: Aug 10, 2008

**24. AMOUNT APPROVED**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07CR253-WKW |
| | ) | |
| ROY BEEMAN | ) | |

**ORDER**

Upon consideration of the motion for extraordinary expenses to pay the cost of a transcript of the suppression hearing (doc. # 36) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED and the Clerk of the Court may issue a CJA Form 24 authorizing payment to the court reporter.

Done this 8th day of January, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE